## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

MELVIN McCASKILL,            :

    Plaintiff,             :

vs.                          :    CA 05-0621-BH-C

JO ANNE B. BARNHART,         :
Commissioner of Social Security,
                               :

    Defendant.

## **ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated September 19, 2006 (Doc. 22) is **ADOPTED** as the opinion of this Court.

**DONE** this 17th day of October, 2006.

                                              s/ W. B. Hand
                                              SENIOR DISTRICT JUDGE